## Stokes Appeal.

Argued April 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Robert J. Sugarman,* with him *David Rudovsky,* for appellant.

*Steven J. Fishman,* with him *Fishman and Hess,* for appellee.

OPINION PER CURIAM, May 10, 1974:
Order affirmed.